Case 1:10-cr-00525-JOF -GGB   Document 1   Filed 12/16/10   Page 1 of 2

FILED IN CHAMBERS
U.S.D.C  Atlanta

DEC 1 6 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER MILLS,
a/k/a Krzysztof Hawryszkow

CRIMINAL INDICTMENT

NO. 1:10-CR-525

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 12, 2008, in the Northern District of Georgia, the defendant, CHRISTOPHER MILLS, also known as Krzysztof Hawryszkow, a citizen of Poland and therefore an alien in the United States, did knowingly and unlawfully enter into marriage for the purpose of evading a provision of the immigration laws of the United States, in violation of Title 8, United States Code, Section 1325(c).

### COUNT TWO

On or about February 21, 2008, in the Northern District of Georgia, the defendant, CHRISTOPHER MILLS, also known as Krzysztof Hawryszkow, did subscribe as true under penalty of perjury a false statement with a material fact in an application, to wit, an I-485 Application to Register Permanent Residence or Adjust Status, which statement the defendant knew was false, in that the defendant claimed that he had never sought to obtain an immigration benefit

through fraud or willful misrepresentation, in violation of Title 18, United States Code, Section 1546(a).

A ___true___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

PAUL R. JONES
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 402617

KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 425317

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000

2